# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2010

Marilyn Kelly,
Chief Justice

140709

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

EDWARD MULARCZYK,
        Plaintiff-Appellee,

v

                                      SC: 140709
                                      COA: 289140
DAIMCO CONTRACTING, INC., and
SECURA INSURANCE COMPANY,
        Defendants-Appellants.
                                      WCAC: 08-000052

_____/

      On order of the Court, the application for leave to appeal the January 26, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2010

_____
Clerk

0517